UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

)
IN RE:  YASMIN AND YAZ                          )        3:09-md-02100-DRH
(DROSPIRENONE) MARKETING, SALES       )
PRACTICES AND PRODUCTS LIABILITY      )        MDL No. 2100
LITIGATION                                            )

**This Document Relates To:**

*Jodi Burger v. Bayer Corporation, et al.*        No. 10-cv-11173-DRH

*Carissa Goodlett v. Bayer Corporation, et al.*    No. 10-cv-20169-DRH

*Loretta House v. Bayer Corporation, et al.*       No. 10-cv-20225-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 4, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

**Dated:**  June 6, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.06
10:37:28 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT